# Court of Appeals
# of the State of Georgia

ATLANTA, December 12, 2023

*The Court of Appeals hereby passes the following order*

**A24I0080. CITY OF ST. MARYS et al v. TINDALL ENTERPRISES, INC.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

SUCV2022000760



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, December 12, 2023.

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen* , Clerk.